IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA McKINLEY TULLIS, ) | |
| # 280307, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:14-CV-703-WKW |
| ) | |
| CIRCUIT COURT OF ) | |
| HOUSTON COUNT, ) | |
| ALABAMA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

On July 31, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, that the petition for writ of mandamus is DENIED, and that this action is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 22nd day of August, 2014.

                                                          /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE